## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND | : : : |
| Plaintiff, | : Case No. 1:20-cv-01514-JEB : |
| v. | : : |
| DANCO BUILDERS GROUP INC | : : |
| Defendant. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY
## <u>DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that it hereby dismisses the Complaint against the Defendant without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

Respectfully submitted,

Dated: <u>January 6, 2021</u>

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By:   <u>/s/ Charles W. Gilligan</u>
Charles W. Gilligan (Bar No. 394710)
*Attorney for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRICKLAYERS & TROWEL TRADES<br>INTERNATIONAL PENSION FUND | : <br> : <br> : | |
| Plaintiff, | : <br> : | Case No. 1:20-cv-01514-JEB |
| v. | : <br> : | |
| DANCO BUILDERS GROUP INC | : <br> : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice has been filed using the Court's CM/ECF service and sent by first-class mail, postage prepaid, this 6th day of January, 2021 to:

> Danco Builders Group Inc
> 50 Carnation Avenue, 2nd Floor
> Floral Park, New York 11001

                                                    /s/ Charles W. Gilligan
                                      Charles W. Gilligan (Bar No. 394710)